IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE L. HOLTZSCHER and | § | |
| SEDONNA S. JORDAN, Individually | § | |
| and on Behalf of Others | § | |
| Similarly Situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3293 |
| | § | |
| DYNEGY, INC., DYNEGY, INC. | § | |
| BENEFIT PLANS COMMITTEE, LOUIS | § | |
| DOREY, ROBERT D. DOTY, JR., | § | |
| ALEC G. DREYER, ANDREA LANG, | § | |
| MICHAEL MOTT, MILTON L. SCOTT, | § | |
| and R. BLAKE YOUNG, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting defendants' motions to dismiss for lack of subject matter jurisdiction, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 13th day of March, 2006.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE